UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

2:11-348

MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-119)

On October 16, 2007, the Panel transferred 2 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 1,817 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Aug 26, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8/30/2011
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AVANDIA MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                        MDL No. 1871

## SCHEDULE CTO-119 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 5 | 11-00388 | Carpenter v. SmithKline Beecham Corporation |
| FLM | 8 | 11-01607 | Smith v. SmithKline Beecham Corporation |
| **FLORIDA NORTHERN** | | | |
| FLN | 1 | 11-00152 | MCGOWAN et al v. SMITHKLINE BEECHAM CORPORATION |
| FLN | 3 | 11-00341 | REIMELS et al v. SMITHKLINE BEECHAM CORPORATION |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 10-81448 | Santos v. Smithkline Beecham Corporation |
| FLS | 9 | 11-80787 | Holtzberg et al v. SmithKline Beecham Corporation |
| **IOWA NORTHERN** | | | |
| IAN | 5 | 11-04061 | Keeler v. GlaxoSmithKline, LLC |
| **MINNESOTA** | | | |
| MN | 0 | 11-01883 | Nelson v. SmithKline Beecham Corporation |
| MN | 0 | 11-01885 | Salyer v. SmithKline Beecham Corporation |
| MN | 0 | 11-01913 | Oberbroeckling v. SmithKline Beecham Corporation |
| MN | 0 | 11-01970 | Payne v. SmithKline Beecham Corporation |
| MN | 0 | 11-01973 | Thomas v. SmithKline Beecham Corporation |
| MN | 0 | 11-01974 | Munson v. SmithKline Beecham Corporation |
| MN | 0 | 11-01975 | Kitchen v. SmithKline Beecham Corporation |
| MN | 0 | 11-01976 | Morris v. SmithKline Beecham Corporation |
| MN | 0 | 11-01977 | Marlow v. SmithKline Beecham Corporation |
| MN | 0 | 11-01991 | Packard v. SmithKline Beecham Corporation |
| MN | 0 | 11-01992 | Adams v. SmithKline Beecham Corporation |
| MN | 0 | 11-01993 | Stevenson v. SmithKline Beecham Corporation |

| | | | |
|---|---|---|---|
| MN | 0 | 11-01994 | Skube v. SmithKline Beecham Corporation |
| MN | 0 | 11-01996 | Robinson v. SmithKline Beecham Corporation |
| MN | 0 | 11-01997 | Smith v. SmithKline Beecham Corporation |
| MN | 0 | 11-02029 | Willey v. SmithKline Beecham Corporation |
| MN | 0 | 11-02030 | Wilcox v. SmithKline Beecham Corporation |
| MN | 0 | 11-02031 | Ward v. SmithKline Beecham Corporation |
| MN | 0 | 11-02033 | Templeman v. SmithKline Beecham Corporation |
| MN | 0 | 11-02034 | Mistretta v. SmithKline Beecham Corporation |
| MN | 0 | 11-02035 | Honaker v. SmithKline Beecham Corporation |
| MN | 0 | 11-02037 | Quintana v. SmithKline Beecham Corporation |
| MN | 0 | 11-02039 | Chance v. SmithKline Beecham Corporation |
| MN | 0 | 11-02040 | Jones v. SmithKline Beecham Corporation |
| MN | 0 | 11-02041 | Taylor v. SmithKline Beecham Corporation |
| MN | 0 | 11-02047 | Jensen v. SmithKline Beecham Corporation |
| MN | 0 | 11-02052 | Robbins v. SmithKline Beecham |
| MN | 0 | 11-02077 | Dozier v. SmithKline Beecham Corporation |
| MN | 0 | 11-02079 | Taber v. SmithKline Beecham Corporation |
| MN | 0 | 11-02081 | Thomas v. SmithKline Beecham Corporation |
| MN | 0 | 11-02082 | Moore v. SmithKline Beecham Corporation |
| MN | 0 | 11-02118 | Janeway v. SmithKline Beecham Corporation |
| MN | 0 | 11-02171 | Weaver v. SmithKline Beecham Corporation |
| MN | 0 | 11-02174 | Dover v. SmithKline Beecham Corporation |
| MN | 0 | 11-02175 | Benjamin v. SmithKline Beecham |
| MN | 0 | 11-02176 | Chapa v. SmithKline Beecham Corporation |
| MN | 0 | 11-02201 | Wilson v. SmithKline Beecham Corporation |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 2 | 11-00348 | Davis, Sr. et al v. GlaxoSmithKline, LLC et al |

UTAH

| | | | |
|---|---|---|---|
| UT | 1 | 11-00123 | Krieger v. GlaxoSmithKline LLC |
| UT | 1 | 11-00124 | Dalton v. SmithKline Beecham |